# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVIA GARDEN INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> vs. <br><br> HELEN OF TROY, L.P., <br><br> Defendant. | Case No.: 3:09-CV-00627 (EMC) <br><br> Consolidated under Case No. C09-0627 EMC |
| HELEN OF TROY, L.P., <br><br> Plaintiff, <br><br> vs. <br><br> OLIVIA GARDEN INTERNATIONAL, INC., <br><br> Defendant. | Case No.: 3:09-CV-1520 (EMC) <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO CONSOLIDATE RELATED CASES** |

DB2/21139048.1

1

Case No.: 3:09-CV-00627; Case No.; 3:09-CV-1520
STIPULATION AND [PROPOSED] ORDER
CONSOLIDATING RELATED CASES

Olivia Garden International, Inc. ("Olivia Garden"), by and through its counsel of record, and Helen of Troy, L.P. ("Helen of Troy"), by and through its counsel of record, hereby stipulate that Case No. 3:09-CV-00627 (EMC) and Case No. 3:09-CV-1520 (EMC) both pending before this Court as related cases, are consolidated. *See* Fed. R. Civ. P. 42.

Dated: June 5, 2009

MORGAN, LEWIS & BOCKIUS LLP

ROCHELLE D. ALPERT
SHARON R. SMITH

By /s/ Sharon Smith
Attorneys for Plaintiff
OLIVIA GARDEN INTERNATIONAL, INC.

BURNHAM BROWN

Dated: June 4, 2009

JOHN J. VERBER
MELISSA A. BROWN

By /s/ Melissa A. Brown
Attorneys for Defendant
HELEN OF TROY, L.P.

**IT IS SO ORDERED.**

Dated: June 5, 2009

_____
HON. EDWARD M. CHEN
UNITED STATES
MAGISTRATE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen