UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| OLIVIA GARDEN INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>HELEN OF TROY, L.P.,<br><br>Defendant. | **Consolidated Case No. 3:09-CV-00627 (EMC)**<br><br>Case No.: 3:09-CV-00627 (EMC) |
| HELEN OF TROY, L.P.,<br><br>Plaintiff,<br><br>vs.<br><br>OLIVIA GARDEN INTERNATIONAL, INC.,<br><br>Defendant. | Case No.: 3:09-CV-1520 (EMC)<br><br>**STIPULATED DISMISSAL AND [PROPOSED] ORDER** |

///
///
///
///
///
///
///
///
///

1 | Olivia Garden International, Inc. ("Olivia Garden"), by and through its counsel of record, and Helen of Troy, L.P. ("Helen of Troy"), by and through its counsel of record, hereby stipulate that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Case No. 3:09-CV-00627 (EMC) and Case No. 3:09-CV-1520 (EMC), having been consolidated under Case No. 3:09-CV-00627 (EMC), including all of the claims and causes of action asserted, are hereby dismissed with prejudice in accordance with the terms of a written settlement agreement executed and entered by the parties. Each party is to bear its own costs and attorneys' fees in accordance with the parties' agreement.

Dated: August 12, 2009

MORGAN, LEWIS & BOCKIUS LLP

ROCHELLE D. ALPERT
SHARON R. SMITH

By _____/s/ Sharon R. Smith_____
Attorneys for Plaintiff
OLIVIA GARDEN INTERNATIONAL, INC.

Dated: August 12, 2009

BURNHAM BROWN

JOHN J. VERBER
MELISSA A. HORST

By _____/s/ Melissa A. Horst_____
Attorneys for Defendant
HELEN OF TROY, L.P.

**IT IS SO ORDERED.**

Dated: August __18__, 2009

IT IS SO ORDERED
Judge Edward M. Chen

HON. _____
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

2

Case No.: 3:09-CV-00627; Case No.; 3:09-CV-1520
STIPULATED DISMISSAL AND [PROPOSED] ORDER